**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-6571**

---

CHRISTOPHER LANE,

　　　　　Plaintiff – Appellant,

　　　　v.

DENNIS PATTERSON, DDO; WAYNE MCCABE, Warden; TRAVIS GUESS,
Sergeant,

　　　　　Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge.
(0:11-cv-03278-RBH)

---

Submitted:  June 13, 2013　　　　　Decided:  June 18, 2013

---

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Christopher Lane, Appellant Pro Se. Christopher Thomas Dorsel,
Sandra J. Senn, SENN LEGAL, LLC, Charleston, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lane appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lane v. Patterson</u>, No. 0:11-cv-03278-RBH (D.S.C. Mar. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>